IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DARRYL F. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:24cv535-MHT |
| | ) | (WO) |
| RUSSELL COUNTY SHERIFF | ) | |
| DEPT., Medical Staff, and | ) | |
| B. LEWIS, Sgt., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was
incarcerated at the Russell County Jail, filed this
lawsuit against the jail's medical staff and sergeant
employed there, complaining that he was denied medical
care for arm fractured during his arrest, was given the
wrong medicine, and was forced to sleep on the floor.
This lawsuit is now before the court on the
recommendation of the United States Magistrate Judge
that plaintiff's case be dismissed without prejudice
for failure to comply with a court order to pay an
initial filing fee. There are no objections to the

recommendation.    After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of January, 2025.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE