IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DARRYL F. MILLER,              )
                               )
     Plaintiff,                )
                               )
     v.                        )    CIVIL ACTION NO.
                               )      3:24cv535-MHT
                               )           (WO)
RUSSELL COUNTY SHERIFF         )
DEPT., Medical Staff, and      )
B. LEWIS, Sgt.,                )
                               )
     Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order to pay an initial filing fee.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of January, 2025.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE